# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| AMANDA BRUMFIELD On Behalf of HERSELF and All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )<br>) COLLECTIVE ACTION<br>) |
| v. | ) CASE NO. 2:18-cv-00591<br>) |
| KINDRED HEALTHCARE, INC. and KINDRED HEALTHCARE OPERATING, INC. d/b/a KINDRED AT HOME, | ) JUDGE NORTON<br>)<br>) JURY TRIAL DEMANDED<br>) |
| Defendant. | )<br>) |

## NOTICE OF FILING

Plaintiff hereby files the Declaration of Cynthia Harris, in accordance with 29 U.S.C. § 216(b), in connection with the above-titled and numbered action.

Dated: April 10, 2018

Respectfully submitted,

/s/ William N. Nettles
**WILLIAM N. NETTLES (SC Bar No. 06586)**
Law Office of Bill Nettles
2008 Lincoln Street
Columbia, SC 29201
Telephone: (803) 814-2826
Facsimile: (888) 745-1381
bill@billnettleslaw.com

**JERRY E. MARTIN (TN Bar No. 20193)\***
**DAVID W. GARRISON (TN Bar No. 24968)\***
**JOSHUA A. FRANK (TN Bar No. 33294)\***
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

1

2

jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

\* *Pro Hac Vice* Motions Anticipated

*Attorneys for Plaintiff*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| **AMANDA BRUMFIELD On Behalf of HERSELF and All Others Similarly Situated,** ) ) ) ) | |
| ) | **COLLECTIVE ACTION** |
| **Plaintiff,** ) | |
| v. ) ) | **CASE NO. 2:18-cv-00591** |
| **KINDRED HEALTHCARE, INC. and KINDRED HEALTHCARE OPERATING, INC. d/b/a KINDRED AT HOME,** ) ) ) ) ) | **JUDGE NORTON** **JURY TRIAL DEMANDED** |
| **Defendant.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Notice of Filing Notices of Consent* was filed electronically with the Clerk's office by using the CM/ECF system and will be served upon the Defendants indicated below via U.S. Mail on April 10, 2018:

KINDRED HEALTHCARE, INC. d/b/a KINDRED AT HOME
Registered Agent: C T CORPORATION SYSTEM
306 W MAIN ST
SUITE 512
FRANKFORT, KY 40601

KINDRED HEALTHCARE OPERATING, INC. d/b/a KINDRED AT HOME
Registered Agent: C T CORPORATION SYSTEM
306 W MAIN ST
SUITE 512
FRANKFORT, KY 40601

*Defendants*

    /s/ William Nettles
    William Nettles
    **LAW OFFICES OF BILL NETTLES**