AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Amanda Brumfield on behalf of herself and all others similarly situated<br>*Plaintiffs*<br>v.<br>Kindred Healthcare, Inc. and Kindred Healthcare Operating, Inc. d/b/a Kindred at Home<br>*Defendants* | ) ) ) ) ) ) Civil Action No.   2:18-cv-00591-DCN |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: The court grants defendants' motion to compel arbitration as to opt-in plaintiff Andrew Tyler and strikes the collective action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable David C. Norton, United States District Judge, on a motion to compel arbitration.

Date:  July 9, 2018                                                CLERK OF COURT

                                                                    s/John P. Bryan, Jr.
                                                         _____
                                                         *Signature of Clerk or Deputy Clerk*